**ORIGINAL**

**FILED**

DEC 2 2 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:               ) Chapter 13
                     )
EMILY E PINON        ) Case No. 07-51319 CN
                     )
                     ) **NOTICE OF UNCLAIMED DIVIDEND**
                     )
       Debtor        )
                     )

The final dividend to Creditor, CBSJ FINANCIAL CORP in the above entitled matter was returned marked: RETURN TO SENDER - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $3.90 as an unclaimed dividend.

  Claim # 13     CBSJ FINANCIAL CORP
                 299 STOCKTON AVE
                 SAN JOSE, CA 95126-2763

Dated: December 20, 2010

DEVIN DERHAM-BURK, TRUSTEE



Case: 07-51319    Doc# 34    Filed: 12/22/10    Entered: 01/04/11 13:32:35    Page 2 of 2